# In The United States Court of Federal Claims

No. 13-255C

(Filed: July 24, 2013)

_____

KEPA DAKOTA, JV,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 28, 2013, defendant filed its motion to dismiss plaintiff's complaint.  On July 23, 2013, plaintiff filed a motion for extension of time within which to file a response to defendant's motion.  Plaintiff's motion is hereby **GRANTED**.  Accordingly, on or before August 8, 2013, plaintiff shall file a response to defendant's motion.

    **IT IS SO ORDERED.**

                                   s/ Francis M. Allegra
                                   Francis M. Allegra
                                   Judge